PD-0476-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 5/26/2015 5:27:42 PM
Accepted 5/28/2015 2:35:42 PM
ABEL ACOSTA
CLERK

No. PD-0476-15
In the
Court of Criminal Appeals
At Austin

◆

No. 01-13-00990-CR
In the
Court of Appeals
for the
First District of Texas
at Houston

*Granted to*
*6-2-15*
*PC*
*6-2-15*

◆

No. 1315239
In the 176th District Court
Harris County, Texas

◆

**JOSE FRANCO CAMPUZANO**
*Appellant*
V.
**THE STATE OF TEXAS**
*Appellee*

◆

**APPELLANT'S SECOND MOTION FOR EXTENSION OF TIME
WITHIN WHICH TO FILE
PETITION FOR DISCRETIONARY REVIEW**

◆

FILED IN
COURT OF CRIMINAL APPEALS

May 28, 2015

ABEL ACOSTA, CLERK

**TO THE HONORABLE COURT OF APPEALS:**

APPELLANT, pursuant to TEX. R. APP. P. 68.2(c) moves for an extension of time within which to file its petition for discretionary review. In support of its motion, appellant submits the following:

1. Appellant was charged with the felony offense of intoxication manslaughter.

2. A jury convicted appellant of the charged offenses and sentenced him to 15 years confinement in the Institutional Division of the Texas Department of Criminal Justice on October 15, 2013.

3. A unanimous panel of the First Court of Appeals rendered judgment in an unpublished opinion on March 26, 2015, affirming appellant's conviction and sentence.

4. After one extension was granted, appellant's petition for discretionary review is due on May 26, 2015.

5. Appellant seeks a short extension, in accordance with TEX. R. APP. P. 68.2(c), until June 2, 2015, to file its petition for discretionary review.

6. The following facts are relied upon to show good cause for the requested extension:

   a. Counsel has been delayed in completing the petition due to the recent flooding in the Houston area on May 24, 2015. High water resulted in school closures, as well as counsel's inability to travel into the city to her office to complete the petition.

   b. Appellant's petition is not for purposes of delay, but so that justice may be done.

WHEREFORE, the Appellant prays that this Court will grant the requested extension until June 2, 2015.

Respectfully submitted,

/s/**MANDY MILLER**
Attorney for appellant
2910 Commercial Center Blvd., Ste. 103-201
Katy, TX 77494
SBN 24055561
PHONE (832) 900-9884
FAX (877) 904-6846
mandy@mandymillerlegal.com

## CERTIFICATE OF SERVICE

Pursuant to TEX. R. APP. P. 9.5, this certifies that on May 25, 2015, a copy of the foregoing was delivered to the following addresses:

Melissa Hervey
Harris County District Attorney's Office
hervey_melissa@dao.hctx.net

Lisa McMinn
State Prosecuting Attorney
lisa.mcminn@spa.state.tx.us

/s/**MANDY MILLER**